AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

**FILED**
OCT 14 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America
v.
CYNTHIA FABIOLA VELAZQUEZ (1)

Case No: 12CR1469-W
USM No: 31839-298

Date of Original Judgment:  01/07/2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

James Fife, Federal Defenders, Inc.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **96** months **is reduced to** **77 MONTHS**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **01/07/2013** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/14/2015

Effective Date: 11/01/2015
*(if different from order date)*

*Judge's signature*

THOMAS J. WHELAN, United States District Judge
*Printed name and title*